### CIVIL MINUTES - GENERAL

| Case No. | 8:19-cv-00547-MWF (SK) | Date | March 27, 2019 |
|---|---|---|---|
| Title | William James Shoop v. Orange County Sheriff's Department et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff is a California state prisoner who has filed a Complaint under 42 U.S.C. § 1983 alleging that Defendants violated his Sixth Amendment "right to communicate in confidence with counsel" while he was in pretrial custody for the charges that eventually led to his state conviction and current incarceration. (ECF 1 at 6-8). Plaintiff alleges that employees of the Orange County Sherriff's Department and District Attorney's Office eavesdropped on privileged phone calls with his counsel and then used that information to help prosecute him in his criminal case. (*Id.*). But if Plaintiff is right, he cannot sue under 42 U.S.C. § 1983 since any success on his claim would necessarily invalidate, or imply the invalidity of, his conviction and sentence. Under *Heck v. Humphrey*, 512 U.S. 477 (1994), any civil rights claim that amounts to a collateral attack on the legality of plaintiff's state conviction and sentence cannot be raised in a § 1983 action. *Id.* at 486.

For this reason, Plaintiff is ORDERED TO SHOW CAUSE by no later than **April 26, 2019** why the Complaint should not be dismissed for lack of jurisdiction. Alternatively, Plaintiff may request voluntary dismissal of this action using the attached Notice of Voluntary Dismissal Form (CV-09). *See* Fed. R. Civ. P. 41(a). Voluntarily dismissed actions do not count as "strikes" under 28 U.S.C. § 1915(g), which limits the total number of civil rights lawsuits that prisoners may file while incarcerated. **Failure to file a voluntary notice of dismissal or a timely response to this order to show cause may result in this action being dismissed involuntarily.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.