

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES SHOOP, <br><br> Plaintiff, <br><br> v. <br><br> ORANGE COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | CASE NO. 8:19-cv-00547-MWF (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 15, 2019

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE