

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES SHOOP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | CASE NO. 8:19-cv-00547-MWF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 15, 2019

　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE